IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON,<br><br>           Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.<br><br>           Defendant. | :<br>:  C.A. No. 06-CV-00705<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO:   William D. Fletcher, Jr., Esquire
        Noel E. Primos, Esquire
        Schmittinger & Rodriguez, P.A.
        414 S. State St.
        P.O. Box 497
        Dover, DE 19903-0497

Pursuant to Rule 83.5(c), counsel moves the admission of Mr. Michael J. Ossip as counsel *pro hac vice* to represent Defendant Christiana Care Health Services, Inc. in this matter. In support of this Motion, Defendant relies upon the attached Certification of Michael J. Ossip, Esquire.

*/s/ David H. Williams*
David H. Williams (#616) (dwilliams@morrisjames.com)
James H. McMackin, III (jmcmackin@morrisjames.com)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
Kendra L. Baisinger (kbaisinger@morganlewis.com)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761

Attorneys for Defendant
Christiana Care Health Services, Inc.

DHW/011747-0045/1488701/1

Dated: November 29, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.<br><br>　　　　　Defendant. | :<br>:　C.A. No. 06-CV-00705-UNA<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ATTORNEY CERTIFICATION OF MICHAEL J. OSSIP
## IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Michael J. Ossip, Esquire certifies:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Central District of Illinois, the United States Courts of Appeals for the Third, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States Supreme Court, and I am not under suspension or disbarment in any court. I clerked for the Honorable Murray M. Schwartz of the U.S. District Court for the District of Delaware from 1979-1980.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

    4.    David H. Williams, Morris James LLP, 500 Delaware Ave., Suite 1500, Wilmington, DE 19801, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

                                                 /s/ Michael J. Ossip
                                                 MICHAEL J. OSSIP

Dated: November 29, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, | : |
| | : C.A. No. 06-CV-00705 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

### ORDER

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Michael J. Ossip is GRANTED.

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| | : | C.A. No. 06-CV-00705 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 29, 2006, I electronically filed the attached **Motion for Admission *Pro Hac Vice*** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State St.
> P.O. Box 497
> Dover, DE 19903-0497

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                    Of Counsel:

                    Michael J. Ossip
                    Thomas S. Bloom
                    Kendra L. Baisinger
                    MORGAN, LEWIS & BOCKIUS LLP
                    1701 Market Street
                    Philadelphia, PA  19103
                    (215) 963-5761/5543

Dated:  November 29, 2006     Attorneys for Defendant

1488704/1