IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, | : |
| | :     C.A. No. 06-CV-00705 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

### MOTION FOR ADMISSION *PRO HAC VICE*

TO:   William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State St.
P.O. Box 497
Dover, DE 19903-0497

Pursuant to Rule 83.5(c), counsel moves the admission of Yordanos Teferi as counsel *pro hac vice* to represent Defendant Christiana Care Health Services, Inc. in this matter. In support of this Motion, Defendant relies upon the attached Certification of Yordanos Teferi, Esquire.

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
James H. McMackin, III (jmcmackin@morrisjames.com)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761
Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: February 12, 2007
DHW/011747-0045/1531568/1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRAFINNA WILSON, :
: C.A. No. 06-CV-00705
          Plaintiff, :
:
v. :
:
CHRISTIANA CARE HEALTH SERVICES, INC. :
:
          Defendant. :

### ATTORNEY CERTIFICATION OF YORDANOS TEFERI
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Yordanos Teferi, Esquire hereby certifies:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania as well as in the jurisdiction of the United States District Court, Eastern District of Pennsylvania, and I am not under suspension or disbarment in any Court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

    4.    David H. Williams, Morris James LLP, 500 Delaware Ave., Suite 1500, Wilmington, DE 19801, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
Yordanos Teferi

Dated: February 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| | : | C.A. No. 06-CV-00705 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Yordanos Teferi is GRANTED.

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, : | |
| : | C.A. No. 06-CV-00705 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 12, 2007, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State St.
> P.O. Box 497
> Dover, DE 19903-0497

> /s/ David H. Williams
> David H. Williams (#616)
> dwilliams@morrisjames.com
> James H. McMackin, III (#4284)
> jmcmackin@morrisjames.com
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/5849

                                        Michael J. Ossip
                                        Thomas S. Bloom
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        (215) 963-5761/5543

Dated:  February 12, 2007    Attorneys for Defendants

1488693/1