IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFFINA WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-705-*** |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, : | |
| INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington, Delaware, this **14th** day of **March, 2007.**

IT IS ORDERED that a teleconference with Judge Thynge has been scheduled for **Wednesday, March 21, 2007 at 5:00 p.m.** to discuss the proposed scheduling order and possible mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE