IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFFINA WILSON, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-705-*** |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington, Delaware, this **22nd** day of **March, 2007.**

IT IS ORDERED that the teleconference with Judge Thynge has been rescheduled for **Friday, March 30, 2007 at 12:00 Noon** to discuss the proposed scheduling order and possible mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE