IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRAFINNA WILSON,

               Plaintiff,

v.

CHRISTIANA CARE HEALTH SERVICES, INC.

               Defendant.

C.A. No. 06-CV-00705

## STIPULATION

Pursuant to 28 U.S.C. § 636(c), the parties hereby consent to Magistrate Judge Mary Pat Thynge's jurisdiction to conduct all civil proceedings as a U.S. District Court Judge in the above-referenced matter.

_____
William D. Fletcher, Jr. (#362)
Noel E. Primos (#3124)
Schmittinger & Rodriguez, P.A.
414 South State Street
PO Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

March __, 2007

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin (#4284)
jmcmackin@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

April 9, 2007

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543
Attorneys for Defendants

       IT IS SO ORDERED this _____ day of _____, 2007.

_____
                               J.