IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, | : |
| | :    C.A. No. 06-CV-00705 MPT |
|       Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
|       Defendant. | : |

NOTICE OF SERVICE

I hereby certify that on the 12th day of April, 2007, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State St.
> P.O. Box 497
> Dover, DE 19903-0497

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

1549452/1

|  |  |
|---|---|
|  | Michael J. Ossip (admitted *pro hac vice*)<br>Thomas S. Bloom (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>(215) 963-5761/5543 |
| Dated:  April 12, 2007 | Attorneys for Defendant |

1549452/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-CV-00705-MPT |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on April 12, 2007, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State St.
> P.O. Box 497
> Dover, DE 19903-0497

> _____
> David H. Williams (#616)
> dwilliams@morrisjames.com
> James H. McMackin, III (#4284)
> jmcmackin@morrisjames.com
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/5849

                                                Michael J. Ossip (admitted *pro hac vice*)
                                                Thomas S. Bloom (admitted *pro hac vice*)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1701 Market Street
                                                Philadelphia, PA  19103
                                                (215) 963-5761/5543

Dated:  April 12, 2007          Attorneys for Defendant

1488704/1