IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

to be served upon:

David H. Williams, Esq.
Morris James LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899

Michael J. Ossip
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on April 12, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _William D. Fletcher, Jr._
William D. Fletcher, Jr.
(Bar Id: 362)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiffs

DATED: April 12, 2007
/clg

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF SERVICE**

to be served upon:

    David H. Williams, Esq.
    Morris James LLP
    500 Delaware Ave., Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899

    Michael J. Ossip
    Morgan Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103

by faxing and mailing copies at the address shown above, postage prepaid on April 12, 2007.

                SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
    WILLIAM D. FLETCHER, JR.
    (Bar ID # 362)
    414 South State Street
    P.O. Box 497
    Dover, DE 19903
    (302) 674-0140
    Attorney for Plaintiffs

DATED: April 12, 2007
/clg