IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-CV-00705 MPT |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

### NOTICE OF SERVICE

I hereby certify that on the 18th day of May, 2007, two (2) copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES** and **DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State St.
> P.O. Box 497
> Dover, DE 19903-0497

> _____
> David H. Williams (#616)
> dwilliams@morrisjames.com
> James H. McMackin, III (#4284)
> jmcmackin@morrisjames.com
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/5849

1549452/1

                                        Michael J. Ossip (admitted *pro hac vice*)
                                        Thomas S. Bloom (admitted *pro hac vice*)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        (215) 963-5761/5543

Dated:  May 18, 2007                   Attorneys for Defendant

1549452/1