IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT AND PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

to be served upon:

DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

MICHAEL J. OSSIP, ESQ.
THOMAS S. BLOOM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 6/29/07.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr.
(Bar Id: 362)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiffs

DATED: 6/29/07
/clg

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## NOTICE OF SERVICE

to be served upon:

      DAVID H. WILLIAMS, ESQ.
      JAMES H. MCMACKIN, III, ESQ.
      MORRIS JAMES LLP
      500 Delaware Avenue, Suite 1500
      P.O. Box 2306
      Wilmington, DE 19899

      MICHAEL J. OSSIP, ESQ.
      THOMAS S. BLOOM, ESQ.
      MORGAN, LEWIS & BOCKIUS LLP
      1701 Market Street
      Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 6/29/07.

                                      SCHMITTINGER & RODRIGUEZ, P.A.

                                BY: _____
                                      WILLIAM D. FLETCHER, JR.
                                      (Bar ID # 362)
                                      414 South State Street
                                      P.O. Box 497
                                      Dover, DE 19903
                                      (302) 674-0140
                                      Attorney for Plaintiffs

DATED: 6/29/07
/clg