IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

I hereby certify that I have caused copies of the foregoing:

**Designation of Plaintiff's Economic Expert, Charles Link, Ph.D., Charles Link's Cirriculum Vitae and List of Testimony**

to be served upon:

>DAVID H. WILLIAMS, ESQ.
>JAMES H. MCMACKIN, III, ESQ.
>MORRIS JAMES LLP
>500 Delaware Avenue, Suite 1500
>P.O. Box 2306
>Wilmington, DE 19899
>
>MICHAEL J. OSSIP, ESQ.
>THOMAS S. BLOOM, ESQ.
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 7/6/07.

>SCHMITTINGER & RODRIGUEZ, P.A
>
>BY: /s/ William D. Fletcher, Jr.
>William D. Fletcher, Jr., Esq.
>Bar Id: 362
>414 S. State Street
>P.O. Box 497
>Dover, DE 19904-0497
>Attorneys for Plaintiff

Dated: 7/6/07
/ljo

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### NOTICE OF SERVICE

to be served upon:

        DAVID H. WILLIAMS, ESQ.
        JAMES H. MCMACKIN, III, ESQ.
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899

        MICHAEL J. OSSIP, ESQ.
        THOMAS S. BLOOM, ESQ.
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 7/6/07.

                              SCHMITTINGER & RODRIGUEZ, P.A.

                        BY: /s/ William D. Fletcher, Jr.
                              William D. Fletcher, Jr., Esq.
                              Bar I.D. No. 362
                              414 South State Street
                              P.O. Box 497
                              Dover, DE 19903
                              (302) 674-0140
Dated: 7/6/07                     Attorneys for Plaintiff
/ljo