IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES and PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:

DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

MICHAEL J. OSSIP, ESQ.
THOMAS S. BLOOM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 7/19/07

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr., Esq.
Bar Id: 362
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
Attorneys for Plaintiff

Dated: 7/19/07
/clg