## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## NOTICE OF SERVICE

to be served upon:

>DAVID H. WILLIAMS, ESQ.
>JAMES H. MCMACKIN, III, ESQ.
>MORRIS JAMES LLP
>500 Delaware Avenue, Suite 1500
>P.O. Box 2306
>Wilmington, DE 19899
>
>MICHAEL J. OSSIP, ESQ.
>THOMAS S. BLOOM, ESQ.
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 7/19/07.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: /s/ William D. Fletcher, Jr.
>William D. Fletcher, Jr., Esq.
>Bar I.D. No. 362
>414 South State Street
>P.O. Box 497
>Dover, DE 19903
>(302) 674-0140
>Attorneys for Plaintiff

Dated: 7/19/07
/clg