IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-CV-00705 MPT |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

TO: William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Trafinna Wilson pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Wednesday, August 22, 2007, in the office of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19899, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed.

*[signature: Hutchins Knight (#2885) for]*
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                        Michael J. Ossip (admitted *pro hac vice*)
                                        Thomas S. Bloom (admitted *pro hac vice*)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        (215) 963-5761/5543

Dated:  July 23, 2007                       Attorneys for Defendant

cc:  Wilcox & Fetzer

DHW/011747-0045/1592701/1