IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFFINA WILSON, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-705-MPT |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **2nd** day of **August, 2007**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, September 12, 2007 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, September 12, 2007 at 10:00 a.m.** to discuss the status of the case and to reschedule the mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE