IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

to be served upon:    DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

MICHAEL J. OSSIP, ESQ.
THOMAS S. BLOOM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 8/6/07

SCHMITTINGER & RODRIGUEZ, P.A

BY: /s/ William D. Fletcher, Jr., Esq.
William D. Fletcher, Jr., Esq.
Bar Id: 362
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
Attorneys for Plaintiff

Dated: 8/6/07
/clg

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## NOTICE OF SERVICE

to be served upon:

> DAVID H. WILLIAMS, ESQ.
> JAMES H. MCMACKIN, III, ESQ.
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
>
> MICHAEL J. OSSIP, ESQ.
> THOMAS S. BLOOM, ESQ.
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 8/6/07

> SCHMITTINGER & RODRIGUEZ, P.A.
>
> BY: /s/ William D. Fletcher, Jr.
> William D. Fletcher, Jr., Esq.
> Bar I.D. No. 362
> 414 South State Street
> P.O. Box 497
> Dover, DE 19903
> (302) 674-0140
> Attorneys for Plaintiff

Dated: 8/6/07
/clg