IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-CV-00705 MPT |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I hereby certify that on the 9th day of August, 2007, two (2) copies of **DEFENDANT CHRISTIANA CARE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S DOCUMENT REQUESTS** and **DEFENDANT CHRISTIANA CARE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State St.
> P.O. Box 497
> Dover, DE 19903-0497

> _____
> David H. Williams (#616)
> dwilliams@morrisjames.com
> James H. McMackin, III (#4284)
> jmcmackin@morrisjames.com
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/5849

1599466/1

|  |  |
|---|---|
|  | Michael J. Ossip (admitted *pro hac vice*) |
|  | Thomas S. Bloom (admitted *pro hac vice*) |
|  | MORGAN, LEWIS & BOCKIUS LLP |
|  | 1701 Market Street |
|  | Philadelphia, PA  19103 |
|  | (215) 963-5761/5543 |
| Dated:  August 9, 2007 | Attorneys for Defendant |

1599466/1