IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFFINA WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-705-MPT |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, : | |
| INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **14th** day of **August, 2007**,

IT IS ORDERED that the teleconference scheduled for Wednesday, September 12, 2007 at 10:00 a.m. to discuss the status of the case and to reschedule the mediation **shall start at 10:30 a.m.  Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE