NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CATHERINE T. HICKEY
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
SEEMA VERMA

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
FIRST UNION BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

August 14, 2007

The Honorable Mary Pat Thynge       **VIA ELECTRONIC FILING**
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

RE:   Wilson v. Christiana Care Health Services, Inc.
      C.A. No.: 06-CV-00705 MPT

Dear Judge Thynge:

This is an interim status report regarding the above-captioned matter.

To date, written discovery is being conducted by all parties, however, it is not complete. Furthermore, Plaintiff's deposition has been scheduled for August 22, 2007. Plaintiff and Defendant are working on scheduling two representatives of the Defendant, Larry Bryson and Melinda Fitzgerald. Also, both parties have agreed to postpone the mediation, which was scheduled for September 12, 2007. The parties have a teleconference scheduled for September 12, 2007 to discuss rescheduling the mediation.

An interim status conference is scheduled for Wednesday, August 22 at 8:00 a.m.

Respectfully submitted,

William D. Fletcher, Jr.

cc:   David Williams, Esq.
      Thomas Bloom, Esq.