IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFFINA WILSON,         : | |
| :                         | |
| Plaintiff,  :             | |
| :                         | |
| v.        :               | C. A. No. 06-705-MPT |
| :                         | |
| CHRISTIANA CARE HEALTH SERVICES, : | |
| INC.,         :           | |
| :                         | |
| Defendant.   :            | |

## ORDER

At Wilmington this **15th day of August, 2007**,

IT IS ORDERED that in order to avoid confusion, the interim status teleconference shall go forward as scheduled, consistent with the Scheduling Order, **August 22, 2007 at 8:00 a.m. with plaintiff's counsel initiating.**

IT IS FURTHER ORDERED that the teleconference scheduled for September 12, 2007 at 10:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE