IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-CV-00705 MPT |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

## RE-NOTICE OF DEPOSITION

TO:   William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Trafinna Wilson pursuant to Rule 30 of the Federal Rules of Civil Procedure, on October 4, 2007, in the office of Schmittinger & Rodriguez, P.A, Odessa Professional Park, Odessa, DE 19730, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed. The deposition will be conducted before a Notary Public or other officer duly authorized to administer oaths, and will be recorded by stenographic and/or videographic means.

/s/ *James H. McMackin, III*
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849


Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543

Dated: August 20, 2007                    Attorneys for Defendant

cc: Wilcox & Fetzer

JYM/011747-0045/1602801/1