IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTIANA CARE HEALTH | * | |
| SERVICES, INC., | * | **NOTICE OF DEPOSITION** |
| | * | |
| Defendant. | * | |
| | * | |

To:   DAVID H. WILLIAMS, ESQ.
      JAMES H. MCMACKIN, III, ESQ.
      MORRIS JAMES LLP
      500 Delaware Avenue, Suite 1500
      P.O. Box 2306
      Wilmington, DE 19899

      MICHAEL J. OSSIP, ESQ.
      THOMAS S. BLOOM, ESQ.
      MORGAN, LEWIS & BOCKIUS LLP
      1701 Market Street
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the following individuals on **Thursday, October 25, 2007** beginning at 10:00 a.m.:

**10:00 a.m. - Melinda Fitzgerald**

**2:00 p.m. - Larry Bryson**

The above-referenced depositions will be held at Schmittinger and Rodriguez, P.A. located at Odessa Professional Park, Odessa, DE 19730.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr.
(Bar ID # 362)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiff

Dated: 8/21/07
/clg