## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

NOTICE OF DEPOSITION

to be served upon:

DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

MICHAEL J. OSSIP, ESQ.
THOMAS S. BLOOM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

by e-filing and mailing copies at the address shown above, postage prepaid on 8/21/07.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr., Esq.
Bar I.D. No. 362
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

Dated: 8/21/07
/clg