# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

September 27, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

> RE:    *Trafinna Wilson v. Christiana Care Health Services, Inc.*
>        *C.A. No. 06-CV-00705*

Dear Judge Thynge:

Enclosed is a proposed Stipulation revising the April 10, 2007 Scheduling Order issued in this case. Counsel have agreed, subject to the approval of the Court, to an extension until November 30, 2007 for the discovery cut-off, and extension of the dispositive motion deadline to January 15, 2008. Modification of the Scheduling Order is necessitated by Defendant's lead counsel's departure from his firm. Counsel believes that these extensions will not delay resolution of the case inasmuch as trial is scheduled for June 16, 2008.

Thank you for your consideration of our request.

Respectfully yours,

James H. McMackin, III
(Bar I.D. #4284)

JHM/jam
Enclosure
cc:    Noel E. Primos, Esquire (w/enc.) (via e-filing)
       Thomas S. Bloom, Esquire (w/enc.) (via e-mail)
       Clerk of the Court (w/enc.) (via e-filing)

1615313/1