IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, | : |
| Plaintiff, | : C.A. No. 06-CV-00705 (MPT) |
| v. | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

### STIPULATION

The parties stipulate and agree, subject to the approval of the Court, that the Scheduling Order be revised as indicated below. The parties do not believe that this modification of the Scheduling Order will in any way delay the commencement of trial in this action, which is currently scheduled for June 16, 2008.

Discovery Cut-Off:           November 30, 2007

Dispositive Motion Deadline:  January 15, 2008

/s/ William D. Fletcher, Jr.
William D. Fletcher, Jr. (#362)
wfletcher@schmittrod.com
Noel E. Primos (#3124)
nprimos@schmittrod.com
Schmittinger & Rodriguez, P.A.
414 South State Street
PO Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin (#4284)
jmcmackin@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                            Michael J. Ossip (admitted pro hac vice)
                                            Thomas S. Bloom (admitted pro hac vice)
                                            Morgan, Lewis & Bockius LLP
                                            1701 Market Street
                                            Philadelphia, PA  19103
                                            (215) 963-5761/5543
                                            Attorneys for Defendants

Dated:  September 27, 2007

      IT IS SO ORDERED this _____ day of _____, 2007.

                                            _____
                                                           J.