IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | : | |
| | : | C.A. No. 06-CV-00705 MPT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Thomas S. Bloom, Esquire, on behalf of Defendant Christiana Care Health Services, Inc. in the above-captioned matter.

Respectfully Submitted,

*/s/ James H. McMackin, III*
David H. Williams (#616)
James H. McMackin, III (#4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19899
302.888.6900/5849
dwilliams@morrisjames.com
jmmackin@morrisjames.com

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761

Dated: October 2, 2007          Attorneys for Defendant