IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINA WILSON,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br><br>        Defendant. | C.A. No. 06-CV-00705 (MPT) |

## RE-NOTICE OF DEPOSITION OF PLAINTIFF TRAFINA WILSON

**PLEASE TAKE NOTICE** that Defendant Christiana Care Health Services, Inc., by its attorneys, will take the deposition of Plaintiff Trafina Wilson pursuant to Rule 30 of the Federal Rules of Civil Procedure on Tuesday, November 13, 2007 at 10:30 a.m. at the offices of Schmittinger & Rodriguez, P.A., Odessa Professional Park, 1st Floor, Odessa, Delaware 19730. The deposition shall be conducted before a person duly authorized by law to administer oaths, and shall continue on the scheduled days until completed.

                                                    David H. Williams (#616)
                                                    dwilliams@morrisjames.com
                                                    James H. McMackin, III (#4284)
                                                    jmcmackin@morrisjames.com
                                                    MORRIS, JAMES, LLP
                                                    500 Delaware Avenue, Suite 1500
                                                    P.O. Box 2306
                                                    Wilmington, DE 19899
                                                    302.888.6900/5849

                                                    Michael J. Ossip (admitted *pro hac vice*)
                                                    Yordanos Teferi (admitted *pro hac vice*)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1701 Market Street
                                                    Philadelphia, PA 19103
                                                    215.963.5543
                                                    Fax: 877.432.9652

Dated: October 15, 2007                 Attorneys for Defendant Christiana Care
1623060/1                                      Health Systems
cc: Wilcox & Fetzer