IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | |
| Plaintiff, | * | C.A. No. 06-CV-00705 (MPT) |
| | * | |
| v. | * | |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

<u>**NOTICE OF DEPOSITION**</u>

To: DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

MICHAEL J. OSSIP, ESQ.
THOMAS S. BLOOM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the following individuals on **Tuesday, November 20, 2007** beginning at.:

**10:00 a.m. - Melinda Fitzgerald**

**2:00 p.m. - Larry Bryson**

The above-referenced depositions will be held at Schmittinger and Rodriguez, P.A. located at Odessa Professional Park, Odessa, DE 19730.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: <u>/s/ William D. Fletcher, Jr.</u>
William D. Fletcher, Jr.
(Bar ID # 362)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiff

Dated: 10/30/07
/dms