IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S SECOND REQUEST FOR PRODUCTION DIRECTED TO EACH NAMED DEFENDANT
### AND
### PLAINTIFF SECOND SET OF INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT

to be served upon:   DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on 10/31/07.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
William D. Fletcher, Jr., Esq.
Bar Id: 362
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
Attorneys for Plaintiff

Dated 10/31/07
/dms