## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### NOTICE OF SERVICE

to be served upon:

        DAVID H. WILLIAMS, ESQ.
        JAMES H. MCMACKIN, III, ESQ.
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899

by e-filing and mailing copies at the address shown above, postage prepaid on 10/31/07.

        SCHMITTINGER & RODRIGUEZ, P.A.

        BY: _____
        William D. Fletcher, Jr., Esq.
        Bar I.D. No. 362
        414 South State Street
        P.O. Box 497
        Dover, DE 19903
        (302) 674-0140
        Attorneys for Plaintiff

Dated: 10/31/07
/dms