IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | **AMENDED** |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION
DIRECTED TO EACH NAMED DEFENDANT
AND
PLAINTIFF SECOND SET OF INTERROGATORIES
DIRECTED TO EACH NAMED DEFENDANT**

to be served upon:    DAVID H. WILLIAMS, ESQ.
JAMES H. MCMACKIN, III, ESQ.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

by hand delivering copies at the address shown above on October 31st, 2007.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
Noel Primos, Esq.
Bar Id: 3124
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
Attorneys for Plaintiff

Dated: 11-1-07
/dms