## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### AMENDED NOTICE OF SERVICE

to be served upon:

> DAVID H. WILLIAMS, ESQ.
> JAMES H. MCMACKIN, III, ESQ.
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899

by e-filing and mailing copies at the address shown above, postage prepaid on November 1, 2007

> SCHMITTINGER & RODRIGUEZ, P.A.
>
> BY: _____
> Noel Primos, Esq.
> Bar I.D. No. 3124
> 414 South State Street
> P.O. Box 497
> Dover, DE 19903
> (302) 674-0140
> Attorneys for Plaintiff

Dated: 11-1-07
/dms