IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-CV-00705 MPT |
| : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. : | |
| : | |
| Defendant. : | |

NOTICE OF SERVICE

I hereby certify that on the 14th day of December, 2007, two (2) copies of **DEFENDANT CHRISTIANA CARE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS** and **DEFENDANT CHRISTIANA CARE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

        William D. Fletcher, Jr., Esquire
        Noel E. Primos, Esquire
        Schmittinger & Rodriguez, P.A.
        414 S. State St.
        P.O. Box 497
        Dover, DE 19903-0497

        /s/ David H. Williams
        David H. Williams (#616)
        dwilliams@morrisjames.com
        James H. McMackin, III (#4284)
        jmcmackin@morrisjames.com
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899
        (302) 888-6900/5849

1599466/1

                                    Michael J. Ossip (admitted pro hac vice)
                                    Sean W. Sloan (admitted pro hac vice)
                                    Yordanos Teferi (admitted pro hac vice)
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    1701 Market Street
                                    Philadelphia, PA  19103
                                    (215) 963-5761/5543

Dated:  December 14, 2007           Attorneys for Defendant

1599466/1