IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.,<br><br>        Defendant. | C.A. No. 06-CV-00705 (MPT) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Christiana Care Health Services, Inc. ("Christiana Care" or "Defendant") hereby moves for summary judgment with respect to Plaintiff Trafinna Wilson's Complaint. In support of this Motion, Defendant relies on the accompanying Brief in Support of Defendant's Motion for Summary Judgment and Defendant's Appendix of Exhibits.

Respectfully submitted,

/s/ David H. Williams
David H. Williams (DE 616)
James H. McMackin, III (DE 4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
302.888.6900/5849
dwilliams@morrisjames.com
jmcmackin@morrisjames.com

Michael J. Ossip (admitted pro hac vice)
Sean W. Sloan (admitted pro hac vice)
Yordanos Teferi (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5761
Fax: 215.963.5001
Attorneys for Defendant Christiana Care Health Services, Inc.

Dated: January 11, 2008

1649499/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAFINNA WILSON,<br><br>       Plaintiff,<br><br>    v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.,<br><br>       Defendant. | C.A. No. 06-CV-00705 (MPT) |

### ORDER

Now, this _____ day of _____, 2008, having considered Defendant's Motion for Summary Judgment, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. It is further **ORDERED** that judgment is entered in favor of Defendant with respect to Plaintiffs Complaint.

                                                                                    _____
                                                                                                J.