IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| Plaintiff, | * | C.A. No. 06-CV-00705 (MPT) |
| v. | * | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

The parties by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed, with prejudice.

SCHMITTINGER & RODRIGUEZ, P.A.

By: _____
WILLIAM D. FLETCHER, JR.
BAR I.D. No. 362
wfletcher@schmittrod.com

By: _____
NOEL E. PRIMOS
BAR I.D. 3124  nprimos@schmittrod.com
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DE 19901
(302) 674-0140
*Attorneys for Plaintiff*

Dated: 2/7/08

MORRIS JAMES LLP.

By: _____
DAVID H. WILLIAMS, ESQ.
BAR I.D. No. 616
dwilliams@morrisjames.com

By: _____
JAMES H. MCMACKIN, III, ESQ.
BAR I.D. 4284 jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
*Attorney for Defendant*

Dated: 2/12/08

IT IS SO ORDERED this _____ day of _____, 2008.

_____
J.