IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAFINNA WILSON, | * | |
| | * | C.A. No. 06-CV-00705 (MPT) |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTIANA CARE HEALTH | * | |
| SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## STIPULATION OF DISMISSAL

The parties by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed, with prejudice.

SCHMITTINGER & RODRIGUEZ, P.A.          MORRIS JAMES LLP.

By: _____              By: _____
WILLIAM D. FLETCHER, JR.                    DAVID H. WILLIAMS, ESQ.
BAR I.D. No. 362                            BAR I.D. No. 616
wfletcher@schmittrod.com                    dwilliams@morrisjames.com

By: _____              By: _____
NOEL E. PRIMOS                              JAMES H. MCMACKIN, III, ESQ.
BAR I.D. 3124 nprimos@schmittrod.com        BAR I.D. 4284 jmcmackin@morrisjames.com
414 SOUTH STATE STREET                      500 Delaware Avenue, Suite 1500
P.O. BOX 497                                P.O. Box 2306
DOVER, DE 19901                             Wilmington, DE 19899
(302) 674-0140                              (302) 888-6900
*Attorneys for Plaintiff*                   *Attorney for Defendant*

Dated: 2/7/08                               Dated: 2/12/08

IT IS SO ORDERED this ___12___ day of __February__, 2008.

_____
J.